**From:** DOC Communications Division <doc@lapd.online>
**Sent:** Monday, August 30, 2021 1:57 PM
**To:** DOC Communications Division <doc@lapd.online>
**Subject:** Message from Chief Police Psychologist

**Don't Wait Until It's Too Late…**

It's rare that I, the Department's Chief Police Psychologist and commanding officer of Behavioral Science Services (BSS), have the opportunity to communicate with all of you directly. As *your* police psychologists, dietitian, and addiction prevention unit, most of our work at BSS occurs behind closed doors, out of plain sight, under the strictest of confidentiality. For the past 53 years, our primary purpose has been to help preserve or enhance the good in your life. We are here because we value and support you and the mission of law enforcement.

In that vein, I write today to acknowledge the stress and turmoil you have all experienced over the past 18 months. If a once-in-a-lifetime pandemic was not enough, you have experienced one of the most challenging periods in policing history. We have seen you, listened to you, and learned from you—it has been brutal at times, both for you and for your family members. Frankly, it has been incredibly heartbreaking for us to witness some of the hardships you and your loved ones have endured.

Today, some of our most prominent conversations in the Department center around the impending mandates for vaccination, which have understandably caused some concerns about personal rights and adverse health consequences. There is likely little that you have not already heard a thousand times on the subject, whether it be medical facts, an array of theories about ulterior motives, or stories about terrible or miraculous outcomes. Yet, I implore you to put all of that aside for a moment and consider the following.

We at BSS have witnessed an extraordinary amount of personal suffering, fear, and guilt over the past many months. These stories are often not publicly shared, as they involve feelings of embarrassment and shame, coupled with fears of judgment and ridicule about the consequences of coronavirus-related choices and behaviors. Two of the greatest points of pride for officers are in exercising good judgment and being among the few in society who are trained in, and committed to, protecting safety. When we know that vaccines are effective, immediately available, and a form of invisible body armor against serious illness or death, it is tough to look back with regret.

If you have not vaccinated by now, it is because you have your reasons. You have thought about it a lot. It is OK to change your mind, if only because you want to protect others' safety or because you do not want to jeopardize your livelihood. Getting vaccinated now is an easy way to remove one major area of worry for your family, given all the dangers and uncertainty they know you regularly face.

If you have concerns about the vaccine, we can help point you to resources for the *accurate* information you need. If you feel your rights are being violated, remember that those rights are intact, but that public safety officers commit to many requirements of the job from day one. Take a moment to consult a trusted friend, colleague, or police psychologist on whether this is the "the hill" on which you want to take a stand—whether that is best for you and your family. If you think you will be judged for getting the vaccine, the unvaccinated who became ill when vaccines were widely available will tell you

that the alternative is often much worse. You have a choice. And because you do, don't wait until it's too late…please vaccinate. Thousands—the majority—of your fellow LAPD family members and already have.

 Sincerely,

**Dr. Edrick H. Dorian**

Chief Police Psychologist
Behavioral Science Services

LOS ANGELES POLICE DEPARTMENT

 (213) 486-0790 | www.lapdbss.online