**From:** DOC Communications Division <doc@lapd.online>
**Sent:** Friday, September 10, 2021 12:28:38 PM
**To:** DOC Communications Division <doc@lapd.online>
**Subject:** Intent to File COVID-19 Vaccination Exemption Form - Extended to September 13, 2021

To All Department Personnel:

Pursuant to Ordinance 187134, *COVID-19 Vaccination Requirement for All Current and Future City Employees*, all current and future City employees shall have the right to petition for a medical or religious exemption from the mandatory vaccination requirement to be evaluated on a case-by-case basis.
Following a meeting of the Executive Employee Relations Committee (EERC), the deadline for City employees to submit their intent to file for an exemption for medical or religious reasons has been extended to **Monday, September 13, 2021**.

If you intend to file for a medical or religious exemption to the mandatory COVID-19 vaccination pursuant to Ordinance 187134, and you have not already done so, please click on the below google link to access the form.  You will need to open the link with Google Chrome, complete all fields, and click submit.

https://docs.google.com/forms/d/e/1FAIpQLSdBZr_7S-VT9UsEzuHL2N0c2shLc_0pSk5ppNl5BH7GoqzaAw/viewform

The above google form must be completed no later than the close of business on Monday, September 13, 2021.

You are not obligated to file an exemption if you fill out the form should you change your mind, but it allows you to complete the process as soon as procedures and forms are established. You will be contacted by the City of Los Angeles Personnel Department with details about how to complete your exemption application for final review and approval.

The first step in the process is to declare an intent to file for a medical or religious exemption. Specific forms and procedures are currently in development and in the process of being finalized by the City of Los Angeles Personnel Department.  Please do not submit any other exemption forms to the Department at this time.

*If you are on vacation or on an approved leave of absence, you must file your exemption request by Monday September 13, 2021.*

The Department will continue to update you as additional information is received.

If you have any questions regarding this matter, please contact Medical Liaison Section by email at mlsnotifications@lapd.online.

DOMINIC H. CHOI, Assistant Chief
Director, Office of Support Services
Los Angeles Police Department

EX 3-001