Civil Action No. **221CV07296RGKJPR**     Case Name: **Michelle Lemons; et al. vs City of Los Angeles; et al.**

# PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for:   **City of Los Angeles**
**was received by me on October 15, 2021**

☑ I personally served the (( SEE DOCUMENTS ON ATTACHED LIST )) on the individual at 200 N Spring St Ste 395 , Los Angeles, CA 90012-3239 on   October 19, 2021 2:45 PM

☐ I left the above listed documents at the individual's residence or usual place of abode with   , a person of suitable age and discretion who resides there, on *(date)* , and mailed a copy to the individual's last known address; or

☑ I served the above listed documents to **Diana Carvajal** , who is designated by law to accept service of process on behalf of **City of Los Angeles** on October 19, 2021 2:45 PM

☐ I returned the above listed documents unexecuted because;

☐ other *(specify)*:

My fees are $ .00 for travel and $ 91.50 for services, for a total of $ 91.50

I declare under penalty of perjury that this information is true.

Date: October 19, 2021

_____
*Server's signature*

**V. ENRIQUE MENDEZ**
*Printed name and title*

**Contracted by DDS Legal Support**
**2900 Bristol Street**
**Costa Mesa, CA 92626**
**(714) 662-5555**
*Server's Address*

# DDS Legal Support

2900 Bristol Street
Costa Mesa, CA 92626
Phone: (714) 662-5555   Fax: (714) 662-3379

## Continued from Proof of Service

**CLIENT:** Watkins & Letofsky LLP

**CLIENT FILE #:** PJI.010-LAPD                **DATE:** October 26, 2021

**SUBJECT:** City of Los Angeles

```
Summons on First Amended Complaint; First Amended Complaint;
Complaint; Certification and Notice of Interested Parties; Standing
Order; Notice of Assignment to United States Judges; Notice to
Parties of Court-Directed ADR Program; Notice to Counsel re Consent
to Proceed Before a United States Magistrate Judge; Order Returning
Case for Reassignment; Certification and Notice of Interested
Parties; Standing Order Regarding Newly Assigned Cases
```



Order#: 210525/DocAtt2010