JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:21-cv-07296-RGK-JPR | Date | January 27, 2022 |
|---|---|---|---|
| Title | *Jason Burcham, et al. v. City of Los Angeles, et al.* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams (not present) | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiff: | | Attorneys Present for Defendant: |
| Not Present | | Not Present |

**Proceedings:**   (IN CHAMBERS) Order Re: Dismissal of Action

On January 7, 2022, the Court issued an order granting Defendants' Motion to Dismiss. In the order, the Court granted Plaintiffs leave to amend the claims alleging Title VII and FEHA violations. The Court also specified that if Plaintiffs close to amend, they must file an amended complaint no later than January 14, 2022. Plaintiffs have not timely filed any amended complaint. Therefore, this action is dismissed in its entirety.

**IT IS SO ORDERED.**

_____ : _____
Initials of Preparer